

# Helen F. Dalton and Associates, P.C.
## Attorneys at Law

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. 718.263.9591 ♦ F. 718.263.9598

October 16, 2019

**Via ECF**
The Honorable Judge Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Herrera v. All Star Concrete & Mason, Inc., et al.**
**Docket No.: 17-CV-9014 (VSB)**

Dear Judge Gorenstein:

    We represent the Plaintiff in the above-referenced matter and we submit this letter on behalf of both parties to provide the Court with a revised settlement agreement consistent with The Honorable Judge Vernon S. Broderick's August 13, 2019 Order. A copy of the revised agreement is attached hereto as Exhibit A. The revised Agreement makes clear that the scope of the release is limited to Plaintiff's wage-and-hour claims. As such, the parties respectfully request that the Court approve the revised Agreement.

    The parties' prior submissions on March 22, 2018 and June 8, 2018 fully explain why the parties believe that both the settlement amount and requested attorneys' fees are fair and reasonable.

    Judge Broderick's August 13, 2019 Order asked that the parties address why Plaintiff would be responsible for payment of any and all taxes. The reason that Plaintiff has agreed to assume responsibility for all tax liability is because Defendants have agreed not to withhold any taxes from Plaintiff's portion of the settlement agreement. Typically in FLSA cases, Defendants will withhold taxes on some portion of the settlement proceeds – usually in an amount of 50%, representing unpaid wages. Here, Defendants have agreed not to withhold any taxes in exchange for Plaintiff assuming any tax liability on this payment, which is a fair compromise between the parties.

    Lastly, earlier today, Plaintiff's counsel requested an extension of time to file the attached revised agreement to allow for additional time for Plaintiff to sign the Agreement [Dkt. No. 27]. However, Plaintiff was able to execute the agreement today shortly after the filing of that request. As such, we ask that the motion be denied as moot.

In closing, the parties respectfully request that the Court approve the revised settlement agreement.

We thank Your Honor for his consideration on this matter.

Respectfully submitted,

_/s/_____
Roman Avshalumov, Esq.
James O'Donnell, Esq.
Helen F. Dalton & Associates, P.C.
80-02 Kew Gardens Road
Suite 601
Kew Gardens, New York 11415